NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )  | No.  3:04-CR-0096 (JKS) |
|             Plaintiff,            )  | |
|     vs.                           )  | |
|                                   )  | **PROPOSED ORDER TO RELEASE** |
|  Mandy L. Hill,                   )  | **ATTACHED PFD FUNDS** |
|             Defendant.            )  | |

   Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

   The attached funds, in the amount of $1,102.96, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account "0022-6855XX", as payment toward Defendant's criminal restitution.

   IT IS SO ORDERED.


DATED:_____    _____
                                  UNITED STATES DISTRICT JUDGE



**DOCUMENT NAME**
Mandy L. Hill
3:04-CR-0096 (JKS)