IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-CR-0096 (JKS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO RELEASE ATTACHED PFD** |
| Mandy L. Hill, | ) | **FUNDS** |
| | ) | |
| Defendant. | ) | |

Plaintiff's motion at Docket No. 39 to release attached Permanent Fund Dividend funds is hereby GRANTED.

The attached funds, in the amount of $1,102.96, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account "0022-6855XX", as payment toward Defendant's criminal restitution.

IT IS SO ORDERED.


DATED: <u>February 14, 2007</u>          <u>/s/ James K. Singleton, Jr.</u>
                                        UNITED STATES DISTRICT JUDGE