# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       Plaintiff,<br>vs.<br><br>MANDY LEE HILL,<br><br>       Defendant. | 3:04-cr-096-JKS-JDR<br><br>**CORRECTED RECOMMENDATION FOR DISMISSAL**<br><br>(Docket No. 51) |

The government moves to dismiss the Petition to Revoke Probation filed at Docket 41, indicating that the total restitution order of $13,022.00 has been paid in full. Accordingly, it is hereby recommended that the Motion to Dismiss the Petition to Revoke be granted and the continued Initial Appearance set for February 16, 2010 at 1:30 p.m. be and hereby is vacated. In the interest of justice and to expedite the business of the court this shall be filed as a final recommendation with no objections to follow.[1]

DATED this 11th day of February, 2010, at Anchorage, Alaska.

                                  /s/ John D. Roberts
                                JOHN D. ROBERTS
                                United States Magistrate Judge

---

[1] This corrected Recommendation replaces Docket 52.