IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-cr-00096-JKS-JDR |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | MOTION TO DISMISS |
| v. | ) | |
| | ) | |
| MANDY LEE HILL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The court, having considered the Motion To Dismiss filed by the United

States for the parties, and the Recommendation of Magistrate Judge Roberts,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Petition

in this case filed on December 15, 2009, at Docket 41 is hereby DISMISSED.

Dated:  February 11, 2010          /s/James K. Singleton
                                    James K. Singleton
                                    United States District Judge